USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Parfum Francis Kurkdjian SAS*
*a/k/a Maison Francis Kurkdjian*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARFUM FRANCIS KURKDJIAN SAS a/k/a MAISON FRANCIS KURKDJIAN, <br><br> *Plaintiff* <br><br> v. <br><br> DONGGUAN LAIQU GEMS HANDCRAFT CO.,LTD, GUANGZHOU I'PEARL FLAVOR & FRAGRANCE CO., LTD., GUANGZHOU MEIYUN TIANCHENG COSMETICS CO., LTD., GUANGZHOU UNIQUE AROMA CO., LTD., GUANGZHOU XINZHENG TRADING CO., LTD., HAIKOU LONGHUA WOXING TRADE FIRM, JINGKAI DISTRICT MINYAQIN DEPARTMENT STORE (INDIVIDUAL BUSINESS), MAKEUP & CARE STORE, QUANZHOU CITY FENGZE DISTRICT ZHONG FENG LINE TRADING FIRM, QUANZHOU PROPHET SHOES AND CLOTHING CO., LTD.,QUANZHOU QIANXUN CATERING MANAGEMENT CO., LTD., SHANTOU MANFEN COSMETICS CO., LTD., SHENZHEN AISHIWELL TECHNOLOGY CO., LTD., SHENZHEN HANDUO | 25-cv-2732 (MMG) <br><br> [PROPOSED] <br> UNSEALING ORDER |

BEAUTY MAKEUP INDUSTRIAL CO., LTD., SHENZHEN JUNAN HENGCHANG TRADING CO., LTD., SHOP1104026384 STORE, TATTOO TATTOO STORE, TWO SUCCESS GROUP LIMITED, YIDU CITY KOUQIAN ART MUSEUM (INDIVIDUAL BUSINESS), YIWU LUOYU TRADING CO., LTD., YIWU RUOFULAN COSMETICS CO., LTD., YIWU SHOUTING IMPORT AND EXPORT CO., LTD. and YIWU YI XUAN COSMETICS CO., LTD.,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 29th day of April, 2025, at 12:30 p.m.
New York, New York

_____
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE