EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor, New York, NY 10017
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

July 29, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 31, 2026

**VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***Parfum Francis Kurkdjian SAS a/k/a Maison Francis Kurkdjian v. Dongguan Laiqu Gems Handcraft Co., ltd, et al.***
**Case No. 25-cv-2732 (MMG)**
**Request to Extend Deadline for Default Judgment Motion**

Dear Judge Garnett,

We represent Plaintiff Parfum Francis Kurkdjian SAS a/k/a Maison Francis Kurkdjian ("Plaintiff") in the above-referenced matter (the "Action").[1] On July 27, 2026, the Court ordered that if Defendants do not answer or appear by August 7, 2026, then by August 14, 2026 Plaintiff must file any motion for default judgment ("DJ Motion") in accordance with the Court's Individual Rules and Practices ("July 27, 2026 Order"). (Dkt. 31). Plaintiff respectfully requests a two (2) week extension to file its DJ Motion as Plaintiff's counsel is currently handling a demanding caseload. Extending the deadline for Plaintiff to file its DJ Motion two (2) weeks will allow Plaintiff time to complete the DJ Motion. In accordance with Your Honor's Individual Rules and Practices, Plaintiff submits the following:

1. **The reason for the proposed extension:** Plaintiff respectfully requests a two (2) week extension to file its DJ Motion as Plaintiff's counsel is currently handling a demanding caseload. Plaintiff's counsel is also experiencing scheduling constraints presented by intervening summer vacation schedules.
2. **Original Due Date**: Plaintiff's current deadline to file its DJ Motion is August 14, 2026.
3. **The number of previous requests for extensions**: None, this is Plaintiff's first request for an extension of time to file its DJ Motion.
4. **Whether the adversary consents**: Given that Defendants are in default, Plaintiff did not seek Defendants' consent.
5. **Proposed alternative dates, including any other scheduled dates that may be affected**: Plaintiff respectfully requests to file its DJ Motion by August 28, 2026. As such, Plaintiff respectfully requests that the following deadlines in the July 27, 2026 Order also be extended by two (2) weeks. (Dkt. 31):

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

- Defendants' deadline to appear be extended by two (2) weeks, from August 7, 2026 to August 21, 2026; and
- Defendants' deadline to oppose Plaintiff's DJ Motion be extended by two (2) weeks from August 28, 2026 to September 11, 2026.

We thank the Court for its time and consideration.

Respectfully submitted,
**EPSTEIN DRANGEL LLP**

BY: /s/ Melissa Levine
Melissa Levine
mlevine@ipcounselors.com
6 East 45th Street, 7th Floor
New York, New York 10017
(212) 292-5390
*Attorneys for Plaintiff*

GRANTED. If Defendants do not appear by **August 21, 2026**, then by **August 28, 2026**, Plaintiff must file any motion for default judgment in accordance with the Court's July 27, 2026 Order (Dkt. No. 31). Any Defendant as to whom Plaintiff moves for default judgment shall file any opposition to the motion for default judgment by **September 11, 2026**.

Plaintiff shall serve a copy this Order and the Court's July 27, 2026 Order (Dkt. No. 31) on Defendants with its motion for default judgment and file proof of service on the docket.

The Clerk of Court is respectfully directed to terminate Dkt. No. 33.

SO ORDERED. Dated July 31, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE